No. 9912. Petition of FRED SINERIUS.

321 Pac. (2d) 1102.

Decided March 3, 1958.

*Fred Sinerius, pro se,* for petitioner.
Per Curiam.

Original *habeas corpus* proceeding brought *pro se* by Fred

Sinerius while an inmate of the Montana State Prison after revocation of parole. Two previous applications for *habeas corpus* have been denied by this Court. See In re Sinerius, 128 Mont. 456, 276 Pac. (2d) 972, and In re Sinerius, 129 Mont. 607, 288 Pac. (2d) 362. We have carefully examined the petition and find no merit in it. It is ordered that the petition for a writ of *habeas corpus* herein, be and it is denied.